## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (WORCESTER)

| IN RE: | |
|---|---|
| Dishanda Callands-Robinson, Debtor | |

| Wells Fargo Bank, NA, | CHAPTER 7 |
|---|---|
| VS. | CASE NO. 18-30938-EDK |
| Dishanda Callands-Robinson | |

## MOTION FOR RELIEF FROM STAY

To the Honorable Elizabeth D. Katz:

Wells Fargo Bank, NA, your moving party in the within Motion, hereby requests that the Court grant relief from the Automatic Stay imposed by 11 U.S.C. §362 and respectfully represents:

1. The movant has a mailing address of Wells Fargo Bank, N.A. MAC N9286-01Y, Default Document Processing, 1000 Blue Gentian Rd., Eagan, MN 55121-7700.

2. The Debtor has a mailing address of 28 Jennings Street, Springfield, MA 01119.

3. On October 27, 2018, the Debtor filed a petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts.

4. The movant is the holder of a first mortgage on real estate in the original amount of $127,546.00 given by Dishanda Callands-Robinson to Mortgage Electronic Registration Systems, Inc. on or about December 20, 2013. Said mortgage is recorded in the Hampden County Registry of Deeds at Book 20143, Page 477 as modified by a certain modification agreement recorded with said Hampden County Registry of Deeds at Book 21609, Page 552 and covering the premises located at 28 Jennings Street, Springfield, MA 01119. A copy of the mortgage is annexed hereto and marked as Exhibit B. A copy of the modification agreement is annexed hereto and marked as Exhibit C.

5. Said mortgage secures a note given by Dishanda Callands-Robinson to First Home Mortgage Corporation DBA First Home Mortgage Services in the original amount of $127,546.00. Wells Fargo Bank,



NA, services the loan on the property referenced in this motion for relief. In the event the automatic stay in this case is lifted/set aside, this case dismisses, and/or the debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Wells Fargo Bank, NA. Debtor executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust. A copy of the note is annexed hereto and marked as Exhibit A.

6. There is no other collateral securing the obligation.

7. Said mortgage was subject to the following assignments:

> Mortgage Electronic Registration Systems, Inc., as nominee for First Home Mortgage Corporation Doing Business as First Home Mortgage Services to Wells Fargo Bank, NA, recorded on May 12, 2015, in Book No. 20698, at Page 446

A copy of the assignment is annexed hereto and marked as Exhibit D.

8. There is a Declaration of Homestead recorded on December 20, 2013 in Book No. 20143, at Page 484.

9. As of November 7, 2018, approximately $134,872.04 in principal, interest, late fees and other charges was due with regard to Wells Fargo Bank, NA's note and mortgage.

10. There are the following encumbrances on the property:

11. According to

| **Name of Creditor** | **Type of Lien** | **Amount Owed** |
|---|---|---|
| Movant | First Mortgage | $134,872.04 |
| Springfield Tax Collector | Other | Unknown |
| Total Secured Encumbrances**:** | | $134,872.04 |

the Debtor's Schedules, the fair market value of the subject property is $155,000.00. The liquidation value of the subject property is $144,493.20, calculated as the fair market value less a reasonable realtor's fee (6%); deed stamps $706.80 and anticipated costs incurred for a real estate closing of $500.00.

2

12. The note and mortgage are in default for the February 1, 2018 payment, and all payments thereafter plus reasonable attorney's fees and costs and other charges incurred by the movant.

13. The movant seeks relief from stay as a secured creditor to enforce its rights under its loan documents and applicable law. In support thereof, the movant states that it is entitled to relief:

   I. Pursuant to 11 U.S.C. §362 (d)(1) for cause on the basis that the Debtor is in default on said contractual obligations, the primary purpose of a Chapter 7 proceeding is to liquidate the assets of the Debtor;

WHEREFORE, the movant prays that it, and its successors and/or assigns, be granted relief from the automatic stay for the purpose of: (i) exercising its rights under its agreements with the debtor and under applicable law, including, without limitation, taking possession of the mortgaged premises and/or foreclosing or accepting a deed in lieu of foreclosure of its mortgage on said premises; (ii) preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a); (iii) bringing such actions, including, without limitation, proceedings, as are permissible by law; and (iv) that the Court order such other and further relief as may be just and proper.

Respectfully submitted,

Wells Fargo Bank, NA,
By its attorney,

/s/ Jason J. Giguere
Jason J. Giguere, Esquire
BBO# 667662
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

Dated: November 30, 2018

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (WORCESTER)**

| | |
|---|---|
| IN RE:<br><br>Dishanda Callands-Robinson,<br><br>Debtor | Case No. 18-30938-EDK<br>Chapter 7 |

## CERTIFICATE OF SERVICE

I, Jason J. Giguere, state that on November 30, 2018, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts on behalf of Wells Fargo Bank, NA using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Eric Kornblum
Gary M. Weiner
Richard T. King

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Dishanda Callands-Robinson
28 Jennings St
Springfield, MA 01119-1508

Springfield Tax Collector
City Hall Room 112
36 Court St.
Springfield, MA 01103

    Respectfully submitted,

    Wells Fargo Bank, NA,
    By its attorney,

    /s/ Jason J. Giguere
    Jason J. Giguere, Esquire
    BBO# 667662
    Harmon Law Offices, P.C.
    PO Box 610389
    Newton Highlands, MA 02461
    (617)558-0500
    mabk@harmonlaw.com

Dated: November 30, 2018