UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

WESTERN DIVISION

In re:                                              Case No. 18-30938-EDK
                                                    Chapter 7
Dishanda Callands Robinson

        Debtor        /

## CHAPTER 7 TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND TEAMWORK REALTY GROUP, LLC AS REAL ESTATE BROKER

Now comes Gary Weiner, Chapter 7 Trustee (the "Trustee") for the above referenced bankruptcy estate of Dishanda Callands Robinson (the "Debtor") by and through the undersigned counsel, hereby files this Application for entry of an order authorizing employment of (1) BK Global Real Estate Services ("BKRES") under the terms set forth in the agreement (the "BKRES Agreement") attached to BKRES' Affidavit of Disinterestedness at *Exhibit A* (the "BKRES Affidavit") and (2) TEAMWORK REALTY GROUP, LLC ("Listing Agent") under the terms of the agreement (the "Listing Agreement") attached to Listing Agent's Affidavit of Disinterestedness at *Exhibit B* (the "Listing Agent Affidavit"). In support thereof, the Trustee respectfully states as follows:

PRELIMINARY STATEMENT

Trustee requests approval to retain BKRES and local licensed Listing Agent (individually and collectively referred to as "Broker or Brokers"), at no cost to the estate, to negotiate with and persuade the first lienholder on certain real property in which the estate has no equity to (1) allow Trustee to sell such property at the highest price that the market will bear,

1

02/01/2019 HEARING ON THIS APPLICATION IS SET FOR FEBRUARY 14, 2019 AT 12:00 P.M. IN SPRINGFIELD. DEBTOR'S COUNSEL IS REQUESTED TO APPEAR.