# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Dishanda Callands Robinson          Case Number: 18-30938          Ch: 7

**MOVANT/APPLICANT/PARTIES:**

#17 Application of Chapter 7 Trustee to Employ BK Global Real Estate Services and Teamwork Realty Group, LLC as real estate broker

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                                Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

GRANTED.

IT IS SO NOTED:                                          IT IS SO ORDERED:

_____                                   _____Dated: 02/14/2019
Courtroom Deputy                                         Elizabeth D. Katz
                                                         United States Bankruptcy Judge